KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-00135 MJJ |
|    Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION TO RE-SET CHANGE OF PLEA AND EXCLUDE TIME UNDER THE SPEEDY TRIAL CLOCK |
|    v. | |
| MICHAEL EDWARD PAYNE, | Date: May 11, 2006<br>Time: 2:00 p.m. |
|    Defendant. | Before the Honorable Martin J. Jenkins |

      This matter was set to come before the Court on May 11, 2006 at 2 p.m. for Mr. Payne's change of plea. On the morning of May 11, 2006, the assistant to Mr. Payne's counsel notified counsel for the United States that Mr. Payne's wife went into labor and may give birth to their child anytime. Counsel for the United States then recommended moving the change of plea date to allow Mr. Payne to be with his wife at this time and removed the matter from the Court's calendar. The parties stipulated and requested that the Court re-set this matter for change of plea on June 8, 2006 at 2 p.m. Mr. Payne's counsel is unavaible the week of May 15, 2006 and counsel for the United States is scheduled to be in trial the week of May 22, 2006 before U.S. District Judge Claudia Wilken.

      **IT IS HEREBY ORDERED**, in light of Mr. Payne's familial obligations and the

[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET CHANGE OF PLEA AND EXCLUDE
TIME UNDER THE SPEEDY TRIAL CLOCK
Case No. CR 06-00135 MJJ                     1

1 unavailability of both Mr. Payne and the United Statess counsel, the time between May 11, 2006
2 and June 8, 2006 is excluded under the Speedy Trial Clock pursuant to 18 U.S.C. §§
3 3161(h)(8)(A) and (B)(iv), to allow for continuity of both Mr. Payne's and the United States'
4 counsel and because "the ends of justice served by taking such action outweigh the best interests
5 of the public and the defendant in a speedy trial." Additionally, the change of plea is re-set for
6 June 8, 2006 at 2:00 p.m.

7 DATED:
   5/21/2006

   _____
   MARTIN J. JENKINS
   United States District Judge

Distribute to:

Philip A. Schnayerson
Garcia, Schnayerson & Mockus
225 W. Winton, Ste 208
Hayward, CA 94544-1219
Counsel for Defendant

H. H. (Shashi) Kewalramani
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612
Counsel for Plaintiff

[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET CHANGE OF PLEA AND EXCLUDE
TIME UNDER THE SPEEDY TRIAL CLOCK
Case No. CR 06-00135 MJJ         2